IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY GANT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:11-0072 Judge Trauger |
| CONDOLEEZA RICE and GEORGE W. BUSH, | ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## O R D E R

On February 1, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as frivolous and failing to state a cause of action.

It is so **ORDERED.**

Enter this 1st day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge